IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL | ) |
| | ) |
| v. | ) NO. 3-13-1072 |
| | ) JUDGE CAMPBELL |
| DONELSON BUILDING | ) |
| OWNERS, LLC | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 53), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendant's Motion to Dismiss (Docket No. 42) is DENIED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE